DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHEN CUEVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. Mag-06-284 KJM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER CONTINUING PRELIMINARY HEARING |
| STEPHEN CUEVAS<br>CHAD SEAMAN, | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on February 7, 2007, IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for January 31, 2007, is continued until March 7, 2007 at 2:00 p.m. before the Magistrate Judge on duty. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 7, 2007 stipulation, the time under the Speedy Trial Act is excluded from January 31, 2007 to March 7, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: 2/7/07                                     /s/ Gregory G. Hollows
                                                  _____
                                                  Magistrate Judge United States District Court

cuevas.ord2

1