IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-284 KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER CONTINUING PRELIMINARY |
| ) | HEARING |
| STEPHEN CUEVAS ) | |
| CHAD SEAMAN, ) | |
| ) | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on March 5, 2007, IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for March 7, 2007, is continued until March 28, 2007 at 2:00 p.m. before the undersigned. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 5, 2007 stipulation, the time under the Speedy Trial Act is excluded from March 7, 2007 to March 28, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: March 5, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE