IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-06-284 KJM |
| Plaintiff, | |
| v. | ORDER CONTINUING PRELIMINARY HEARING |
| STEPHEN CUEVAS<br>CHAD SEAMAN, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on March 27, 2007, IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for March 28, 2007, is continued until April 11, 2007 at 2:00 p.m. before the Magistrate Judge on duty. Further, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 27, 2007 stipulation, the time under the Speedy Trial Act is excluded from March 28, 2007 to April 11, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: March 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE