```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   STEPHEN CUEVAS
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. MAG-06-284 KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | AMENDED |
| v. | ) | STIPULATION AND ORDER CONTINUING |
| | ) | PRELIMINARY HEARING DATE AND |
| | ) | EXCLUDING TIME UNDER THE SPEEDY |
| | ) | TRIAL ACT |
| STEPHEN CUEVAS | ) | |
| CHAD SEAMAN, | ) | |
| | ) | Judge: Dale A. Drozd |
| Defendant. | ) | |

This case is currently scheduled for a preliminary hearing on Wednesday, April 11, 2007. The attorneys for all parties have conferred and agree that the preliminary hearing should be continued to give all counsel an opportunity to discuss resolution of the case and continue investigation and preparation. The parties believe that a change of plea will occur and need to meet to discuss the final details.

The parties further agree that an exclusion of time from the Speedy Trial Act is appropriate to allow defense counsel to complete investigation of the case for the purpose of resolving the case. The parties stipulate that the time period from April 11, 2007, to April 18, 2007, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

The parties, through their respective counsel, hereby stipulate and agree that the preliminary hearing scheduled in this case for April 11, 2007, be continued for a change of plea to April 18, 2007, before the duty Magistrate Judge at 2:00 p.m.

A proposed order is attached and lodged separately for the court's convenience.

1 | DATED: April 10, 2007

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

/s/Lexi Negin for Matthew Stegman            /s/ Lexi Negin
MATTHEW STEGMAN                              LEXI NEGIN
Assistant U.S. Attorney                      Assistant Federal Defender
Attorney for United States                   Attorney for Steven Cuevas

/s/Lexi Negin for James Ralph Greiner
JAMES RALPH GREINER
Attorney for Chad Seaman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG-06-284 KJM |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER CONTINUING PRELIMINARY |
| ) | HEARING |
| STEPHEN CUEVAS ) | |
| CHAD SEAMAN, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on April 10, 2007, IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for April 11, 2007, is continued until April 18, 2007 at 2:00 p.m. before the Magistrate Judge on duty. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 10, 2007 stipulation, the time under the Speedy Trial Act is excluded from April 11, 2007 to April 18, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

DATED: April 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/cuevas0284.ord